IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No.  96-40104
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT HINOJOSA,

Defendant-Appellant.

Appeal from the United States District Court
for the
Southern District of Texas
(C-95-CR-120-1)

February 24, 1997

Before JOHNSON, EMILIO GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Albert T. Honojosa has appealed his conviction for possessing a firearm in violation of 18 U.S.C. § 922(g)(1).  There is no merit ot his contentions that the district court deprived him effective assistance of counsel or of a fair trial.  See Lockhart v. Fretwell, 506 U.S. 364, 372 (1993); United States v. Bermea, 30 F.3d 1539, 1569 (5th Cir. 1994), cert. denied, 115 S. Ct. 1113, 1825 (1995).

AFFIRMED.

_____

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.